FILED

09/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0162

_____

JORDAN PEREA,

      Petitioner and Appellant,

v.

AMTRUST INS. CO.,

      Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Lee Bruner, Workers' Compensation Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2024